3-21CV2636-N

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2021 OCT 25 AM 11:31
DEPUTY CLERK MS

I John Allen wish to File a Million Dollar lawsuit against Louisville, Ky - Jefferson County Jailhouse for Illegal Food Tampering which have caused me John Allen 3/22/60 SSN# 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 severe Nerve damage & uncontrolable body movement & wheelchair confinement. Paralizing of the body from waist to Feet continues. Painful Nerve damage is past the limits to be Healthful again. Between the Months of April 4, 2018 And Dec. 4 2018 Hispanic Officer Mr. Alfredo And Afro-American Officer Mr. Fox Knowingly And intentionly incerted my Food in lock-up with a Illegal

Substance that have caused me, John Allen to have severe and critical Health Issues which have caused me, John Allen confined to a wheelchair. The Findings to my Million Dollar lawsuite case can be exposed by Examining camera coverage located in the Nurse station and lock-up confinement. My conviction of criminal mischief was settled. I, John Allen is Filing a Million Dollar law suited. PLEASE send me any additional paper work and due-process paperwork that can help me in the future that will continue my lawsuit.

John Allen
ID#19052504
P.O BOX 660334
Dallas, TX 75266-0034

NORTH TEXAS TX P&DC
DALLAS TX 750
20 OCT 2021 PM 5 L




RECEIVED - 8
OCT 25 2021
MAILROOM

Karen Mitchell
1100 Commerce st. RM1452
Dallas, TX 75242-1493

75242-131052